**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YOLANDA GUZMAN, ET AL. | * |
| | * |
|     PLAINTIFFS, | * |
| | * |
|     v. | *  Case No.: 1:19-cv-02338-DLF |
| | * |
| GF, INC. D/B/A IL CANALE, ET AL. | * |
| | * |
|     DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiffs and Defendants, by and through counsel, pursuant to Fed. R. Civ. P. 41(a), hereby submit this Stipulation of Dismissal with Prejudice, dismissing with prejudice all claims against Defendants.

Respectfully submitted,

\_\_\_\_--*S*--_____
Michael K. Amster
Bar Number: 1001110
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave., Suite 400
Silver Spring, MD 20910
Tel: 301-587-9373
Fax: 240 - 839 - 9142
mamster@zagfirm.com

*Counsel for Plaintiffs*

\_\_\_\_--*S*--_____
Raighne C. Delaney
Bar Number: 454761
2311 Wilson Blvd. 5th Floor
Arlington, VA 22201
Tel: 703-525-400
Fax: 703-525-2207
rdelaney@beankinney.com

*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 6th day of December, 2021, a true and correct copy of the foregoing was served on all parties via this Court's CM/ECF system and delivered to all counsel of record.

                                                         /s/
                                         Michael K. Amster